UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVINA RICKETTS ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| WAKE COUNTY PUBLIC SCHOOL ) | |
| SYSTEM (WCPSS), WAKE COUNTY ) | |
| BOARD OF EDUCATION, KEITH ) | |
| SUTTON, *Current Board Member*, ) | |
| CHRISTINE KUSHNER, *Current Board* ) | |
| *Member*, JAMES MARTIN, *Current Board* ) | |
| *Member*, ROXIE CASH, *Current Board* ) | |
| *Member*, MONIKA JOHNSON-HOSTLER, ) | |
| *Current Board Member*, LINDSAY ) | |
| MAHAFFEY, *Current Board Member*, ) | |
| TOM BENTON, *former Board Member,* ) | |
| *in his individual capacity*, BILL ) | |
| FLETCHER, *former Board Member,* ) | |
| *in his individual capacity*, SUSAN EVANS, ) | |
| *former Board Member, in his individual* ) | |
| *capacity*, KEVIN HILL *former Board* ) | |
| *Member, in his individual capacity,* ) | |
| JAMES MERRILL, *former Superintendent,* ) | |
| *in his individual capacity*, CATHY ) | |
| MOORE, *former Deputy Superintendent for* ) | |
| *School Performance and current* ) | |
| *Superintendent, in her individual capacity* ) | |
| DANNY BARNES, *former Area* ) | |
| *Superintendent, in his individual capacity* ) | |
| RODNEY TRICE *Assistant Superintendent* ) | |
| *for Equity Affairs, in his individual capacity* ) | |
| SCOTT LYONS, *former Principal of Enloe* ) | |
| *and current Principal of Heritage High* ) | |
| *School, in his individual capacity* ) | |
| MONICA SAWYER, *Asst. Principal of* ) | |
| *Enloe High School, in her individual* ) | |
| *capacity*, GEORGE BARILICH, ) | |
| *2016 Student Council Election Advisor and* ) | |
| *current Enloe teacher, in his individual* ) | |
| *capacity* TRUDY PRICE-ONEIL, ) | |
| *Editor of Enloe newspaper, in her individual* ) | |

*capacity*                                        )
                    Defendants.            )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 3, 2022, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 6, 2022, plaintiff's motion for leave to amend is denied on the basis of futility of amendment.

**This Judgment Filed and Entered on July 6, 2022, and Copies To:**
Davina Ricketts (via US mail) 1204 Ole Court, Raleigh, NC 27603
Neil Ramee (via CM/ECF Notice of Electronic Filing)

July 6, 2022                             PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk